[No. 18448-6-II.   Division Two.   March 1, 1996.]

ROBERTA HICKMAN, *as Guardian, Appellant*, v. JUDIE ROSS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-06523-9, Frederick Hayes, J., entered September 10, 1993. *Affirmed* by unpublished opinion pe

Wiggins, J. Pro Tem., concurred in by Houghton, A.C.J, and Morgan, J.